ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

        - v. -                    :     ORDER

ALEXANDRO SANCHEZ,                :
    a/k/a "Alejandro Sanchez,"          S1 07 Cr. 856
    a/k/a "Chano,"                :
FREDY RIVERA SANCHEZ,
    a/k/a "Freddy Sanchez,"       :
    a/k/a "Freddy Ramirez-
        Sanchez," and             :
JESUS SANCHEZ,
    a/k/a "Chui,"                 :

                 Defendant.       :

- - - - - - - - - - - - - - - - - -X
```

Upon application of the United States of America, by and through Assistant United States Attorney Eugene Ingoglia, it is hereby ORDERED that Indictment S1 07 Cr. 856, which was filed under seal on or about October 1, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
         October 4, 2007

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York

OCT 0 4 2007