

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---



*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

November 2, 2007

BY HAND

The Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    United States v. Jesus Sanchez, S1 07 Cr. 856 (JFK)

Dear Judge Smith:

    As the Court is aware, the defendant was arraigned before your Honor on October 31, 2007, and was advised at that time of the conference scheduled for November 7, 2007 before Judge Keenan. Pursuant to Title 18, United States Code, Section 3161(h)(8)(A), the Government respectfully requests that the Court exclude the time between today and November 7, 2007, for purposes of the Speedy Trial Act, to provide the Government an opportunity to prepare discovery. I have spoken to defense counsel, who advised me that he consents to this application.

    Thank you for your consideration of this matter.

    Respectfully Submitted,

    MICHAEL J. GARCIA
    United States Attorney

By: _____
    Richard C. Tarlowe
    Assistant United States Attorney
    (914) 993-1963

cc:    Larry J. Sheehan, Esq. (By facsimile)

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.

11/5/07