

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

December 13, 2007

**Via Fax (212) 805-7911**

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    United States v. Alexandro Sanchez, et al, S1 07 Cr. 856  (JFK)

Dear Judge Keenan:

        The Government writes, on behalf of the Government and counsel for Alejandro
Sanchez and Jesus Sanchez, to respectfully request an adjournment of the conference in this
matter, currently scheduled for Monday, December 17, 2007 at 10:00 a.m., to a date convenient
for the Court during the second or third week of January, 2008.  Because counsel for Jesus
Sanchez will be traveling from California, he requests, if possible, that the conference be set for a
Monday or a Friday.

        The Government respectfully requests that time be excluded for purposes of the
Speedy Trial Act between December 17, 2007 and the new conference date.  This will permit the
Government and the defense to continue discussions concerning a possible disposition of this
matter without the need for trial, and will allow the defense time to review the discovery in this
matter (the production of which has taken more time than the Government had anticipated).  The
Government makes this request with the consent of counsel for Jesus Sanchez and Alejandro
Sanchez.  The Government has left messages for counsel for defendant Fredy Sanchez, but has



not heard back as to her position as of the time of this writing.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:      _____

Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc:    Priya Chaudhry, Esq.
      (counsel for the defendant Alejandro Sanchez)

      Ed Ezcueta, Esq.
      (counsel for defendant Jesus Sanchez)

      Lisa Scolari, Esq.
      (Counsel for Fredy Sanchez)

*The application is granted. Time is excluded. The Conference is set for January 14, 2008 at 10AM.*

*So ordered*

*December 13, 2007*

*John F. Keenan*
*U.A. D.J*

2
