UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

S1

# 07 CR 856 (JFK)

------------------------------------------------X

UNITED STATES OF AMERICA :

-V- :

Alexandro Sanchez, Fredy
Sanchez and Jesus Sanchez

------------------------------------------------X

Please be advised that the ~~conference~~ sentence scheduled for July 23, 2008

has been rescheduled to August 13, 2008 at 10:15am in

Courtroom 20-C. The time is excluded.

SO ORDERED.

Dated: New York, New York
        June 23, 2008

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-2008