

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

8-12-08

---



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 11, 2008

**BY FACSIMILE (212-805-7911)**

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



RECEIVED
AUG 1 2 2008
JUDGE KEENAN'S CHAMBERS

    Re:    United States v. Jesus Sanchez, et al
           07 Cr. 856 (JFK)

Dear Judge Keenan:

        The Government respectfully submits this letter, after speaking with Your Honor's clerk, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for August 14, 2008 at 10:30 a.m., to a date convenient for the Court after the second week in September, 2008.

        The Government requests, with the consent of defense counsel, that the time between now and the new conference date, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The parties will use the time to review discovery, and to continue discussions of a possible pre-trial disposition of the matter.

*[Handwritten note: The Conference is adjourned until September 11, 2008 at 10:15 am. Time is excluded. So ordered. August 12, 2008. John F. Keenan, USDJ]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
Tel.: (212) 637-1113

cc:    Priya Chaudhry, Esq. (counsel for Alejandro Sanchez) (212) 755-5558 fax
        Edward A. Esqueda, Esq. (Counsel for Jesus Sanchez) (323) 724-9806 fax
        Lisa Scolari, Esq. (counsel for Fredy Rivera Sanchez) (212) 964-2926 fax