

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

September 4, 2008

**ENDORSEMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-08

SEP - 4 2008

BY FACSIMILE (212-805-7911)
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Jesus Sanchez, et al
            07 Cr. 856 (JFK)

Dear Judge Keenan:

    The Government respectfully submits this letter to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for September 11, 2008, to a date convenient for the Court after the second week in October, 2008. Mr. Esqueda, counsel for Jesus Sanchez, will be traveling from California, and has indicated that the week of October 20, 2008, would be ideal in terms of his calendar, and has asked that the Court consider setting the conference during that week, if possible.

    The Government requests, with the consent of defense counsel, that time between now and the new conference date, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The parties will use the time to review discovery, and to continue discussions of a possible pre-trial disposition of the matter.

*The Conference is re-scheduled for October 24, 2008 at 10 A.M. Time is excluded. So ordered. John F. Keenan September 8, 2008 U.S.D.J.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
Tel.: (212) 637-1113

cc:    Priya Chaudhry, Esq. (counsel for Alejandro Sanchez) (212) 755-5558 fax
        Edward A. Esqueda, Esq. (Counsel for Jesus Sanchez) (323) 724-9806 fax
        Lisa Scolari, Esq. (counsel for Fredy Rivera Sanchez) (212) 964-2926 fax